IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$40,100.00 IN U.S. CURRENCY,<br>$4,383.00 IN U.S. CURRENCY,<br>$2,776.00 IN U.S. CURRENCY, and<br>TEN (10) $20.00 U.S. GOLD COINS,<br>    Defendant. | : Civil No. 1:02CV00674<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DECREE AND JUDGMENT OF FORFEITURE**

On August 16, 2002, a Verified Complaint of Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America.

It appearing that process was fully issued in this action and returned according to law:

The Internal Revenue Service, Criminal Investigation, posted said property on September 19, 2002. Notice of said forfeiture action was published on September 27, October 4, and October 11, 2002 in the Winston-Salem Journal, a newspaper published in Forsyth County, North Carolina;

On September 19, 2002, David Hagie was served by certified mail with the Verified Complaint of Forfeiture, Warrant for Arrest and Legal Notice. Also, on September 19, 2002, Crystal Beth Hagie was served by certified mail with the Verified Complaint of Forfeiture, Warrant for Arrest and Legal Notice.

On November 19, 2002, a Statement of Claim was filed by Brandon Hagie.

On December 19, 2002, a Claim for property was filed by David Hagie.

On April 1, 2003, on motion of the Plaintiff, a stay was ordered in this case. The stay remained in place until lifted by order entered January 12, 2007.

On January 16, 2007, Claimants David Hagie and Brandon Hagie and Plaintiff entered into a Settlement Agreement, which was filed with the Court.

On January 19, 2007, default was entered against all persons except David Hagie and Brandon Hagie for failure to file a claim or answer or otherwise defend this action.

NOW, THEREFORE, on motion of the plaintiff, United States of America, for a Decree and Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that pursuant to Rule 54, Federal Rules of Civil Procedure, the defendant property shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two (2) certified copies of this Order to the United States Attorney's Office, Middle District of North Carolina, Attention: Assistant U.S. Attorney Lynne P. Klauer.

This the 20th day of February, 2007.

_____
United States District Judge